IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff,

v.

TRANS OVA GENETICS, L.C.,

Defendant.

_____

**ORDER**
_____

At the scheduling conference held this afternoon, the parties raised the issue of pending motions. See [Proposed] Civil Scheduling Order [Doc. # 22] at Part 14. I previously granted the Unopposed Motion for Leave to File First Amended Complaint [Doc. # 8] and the Clerk of the Court accepted for filing the First Amended Complaint [Doc. # 15]. See Order [Doc. # 14].

Consistent with matters discussed at the scheduling conference and with the consent of the parties,

IT IS ORDERED:

(1) Plaintiff XY, LLC's Motions to Dismiss Under Rule 12(b)(6) and Motion for More Definite Statement Under Rule 12(e) [Doc. # 1-89] is DENIED without prejudice as moot;

(2) Inguran LLC's Motions to Dismiss Under Rule 12(b)(6) and Motion for More Definite Statement Under Rule 12(e) [Doc. # 1-99] is DENIED without prejudice as moot;

(3) XY's and Inguran's Motion to Stay Discovery Relating to Antitrust Claims Pending Disposition of Motions to Dismiss [Doc. # 1-127] is DENIED without prejudice as

moot; and

        (4)    XY, LLC's Objections to the Magistrate Judge's Report and Recommendation [Doc. # 1-93] is DENIED as withdrawn.

Dated June 6, 2013.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge