IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff,

v.

TRANS OVA GENETICS, L.C.,

Defendant.

_____

## ORDER
_____

This matter arises on the **Joint Motion to Adopt Confidentiality and Protective Order Entered In Western District of Texas** [Doc. # 27, filed 6/11/2013], which is DENIED.

Although the proposed protective order generally is consistent with the requirements of Gillard v. Boulder Valley School District, 196 F.R.D. 382 (D. Colo. 2000), paragraphs 12 and 13 address filing "under seal." The District of Colorado has no provision for sealing documents. To the contrary, D.C.COLO.LCivR 7.2 deals with restricting access.

The parties may submit a revised proposed protective order which complies with the requirements of Gillard and provides in paragraphs 12 and 13 that "any request to restrict access must comply with the requirements of D.C.COLO.LCivR 7.2."

SO ORDERED.

Dated June 12, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge