IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff,

v.

TRANS OVA GENETICS, L.C.,

Defendant.

___

## ORDER
___

The parties appeared today for a settlement conference. At the commencement of the conference, XY submitted a draft proposed license agreement with terms under which it would settle the case. No settlement was reached, although substantial negotiations occurred.

IT IS ORDERED:

(1) On or before September 6, 2013, Trans Ova shall submit to XY and privately to my chambers (without filing with the clerk of the court) a supplemental settlement statement that includes as an appendix a draft proposed license agreement with terms under which it would settle the case;

(2) On or before September 13, 2013, XY shall submit to Trans Ova and privately to my chambers (without filing with the clerk of the court) a supplemental settlement statement that includes as an appendix a second draft proposed license agreement responsive to Trans Ova's proposal;

(3) A telephone status conference among the court and counsel is set for

**September 18, 2013, at 8:30 a.m.**, Mountain time.  XY's counsel shall initiate the conference call, join Trans Ova's counsel, and then join the court at 303-844-6408; and

(4) Pretrial preparation of the case shall proceed simultaneously with these settlement discussions, which shall not be a basis for obtaining any extensions of time.

Dated August 16, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge