IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff/Counterclaim Defendant,

v.

TRANS OVA GENETICS, L.C.,

Defendant/Counterclaim Plaintiff,

v.

INGURAN, LLC,

Counterclaim Defendant.

_____

**ORDER**

_____

This matter arises on **Plaintiff's <u>Corrected</u> Unopposed Motion for Leave to File Second Amended Complaint** [Doc. # 110, filed 11/20/2013] (the "Motion to Amend").

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 110] is GRANTED; and

(2)     The Clerk of the Court is directed to accept for filing the Second Amended Complaint [Doc. # 110-1].

Dated November 21, 2013.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge