IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff/Counterclaim Defendant,

v.

TRANS OVA GENETICS, L.C.,

Defendant/Counterclaim Plaintiff,

v.

INGURAN, LLC,

Counterclaim Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Modify Discovery Deadlines** [docket no. 170, filed March 28, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 16, 2014**;
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 13, 2014**;

| | |
|---|---|
| All written discovery must be served by: | **June 10, 2014**; |
| Discovery Cut-Off: | **July 11, 2014**. |

DATED: March 31, 2014