IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen             Date: April 25, 2014
Court Reporter:    Gwen Daniel

_____

Civil Action No. 13-cv-00876-WJM-BNB        <u>Counsel:</u>

XY, LLC,                                     Kirt S. O'Neill
                                             Katherine K. Kust
Plaintiff/Counterclaim Defendant,            Wes Markham

v.

TRANS OVA GENETICS, L.C.,                    George G. Matava
                                             Alexander C. Clayden
Defendant/Counterclaim Plaintiff,

v.

INGURAN, LLC,

Counterclaim Defendant.

_____

### COURTROOM MINUTES
_____

*MARKMAN* HEARING

09:06 a.m.    Court in Session

Appearances

Court's comments

In lieu of opening statements the parties will present a brief technology tutorial.

09:09  Tutorial (by Mr. O'Neill)

1

09:38 Tutorial (by Mr. Matava)

Court's comments

                                                  Plaintiff's Exhibits A through R are ADMITTED.

09:47 Argument (by Mr. O'Neill)

10:02 Argument (by Mr. Matava)

                                                  Defendant's Exhibits 1 through 7 are ADMITTED.

10:20 Argument (by Mr. O'Neill)

10:32 Argument (by Mr. Matava)

10:39 Court in Recess
10:54 Court in Session

10:55 Argument (by Mr. Markham)

11:15 Argument (by Mr. Clayden)

11:45 Argument (by Mr. Markham)

11:47 Closing Argument (by Mr. O'Neill)

11:56 Closing Argument (by Mr. Matava)

**ORDERED: These matters are taken under advisement. An order on claim construction will issue**.

12:02 p.m.    Court in Recess
                   Hearing concluded
                   Time: two hours and 41 minutes