# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No.   13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff/Counterclaim Defendant,

v.

TRANS OVA GENETICS, L.C.,

Defendant/Counterclaim Plaintiff,

v.

INGURAN, LLC,

Counterclaim Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that counsel shall retain custody of their

respective original exhibits from the *Markman* hearing until such time as all need for the

exhibits has terminated and the time to appeal has expired or all appellate proceedings

have been terminated, plus sixty days.

DATED at Denver, Colorado this 25th day of April 2014.

BY THE COURT:

William J. Martínez, Judge

Attorney for Plaintiff

Attorney for Defendant