IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff/Counterclaim Defendant,

v.

TRANS OVA GENETICS, L.C.,

Defendant/Counterclaim Plaintiff,

v.

INGURAN, LLC,

Counterclaim Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

       This matter is before the Court on the **Unopposed Motion to Withdraw Trans Ova Genetics, L.C.'s Motion to Compel Document Production** [docket no. 195, filed May 5, 2014] (the "Motion").

       IT IS ORDERED that the Motion is GRANTED.  Trans Ova Genetics, L.C.'s Motion to Compel Document Production [184] is DENIED AS WITHDRAWN and the hearing set for **May 8, 2014**, is **VACATED**.


DATED:  May 5, 2014