IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-0876-WJM-BNB | Date: | June 13, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| XY, LLC | *Daniel L. Moffett* |
| **Plaintiff(s)** | |
| v. | |
| TRANS OVA GENETICS, LC | *Donald Earl Lake, III* |
| | *George Matava* |
| **Defendant(s)** | |
| INGURAN, LLC | *Donald Earl Lake, III* |
| **Third Party Defendant** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  1:45 p.m.

Appearance of counsel.

Argument held on Trans Ova Genetics, L.C.'s Motion for Leave to Amend [191] filed on April 25, 2014.

For reasons stated on the record, it is

**ORDERED: Trans Ova Genetics, L.C.'s Motion for Leave to Amend [191] is GRANTED.**

Court in Recess:  2:29 p.m.    Hearing concluded.    Total time in Court:  00:44

---

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119