IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff/Counterclaim Defendant,

v.

TRANS OVA GENETICS, L.C.,

Defendant/Counterclaim Plaintiff,

v.

INGURAN, LLC,

Counterclaim Defendant.

_____

**ORDER**
_____

This matter arises on **Trans Ova's Motion for Leave to Amend Antitrust Counterclaims** [Doc. # 191, filed 4/25/2014] (the "Motion to Amend").  Also pending are the **Motion of XY, LLC and Inguran, LLC for Partial Judgment on the Pleadings or In the Alternative Early Motion for Partial Summary Judgment** [Doc. # 55] (the "Early Motion for Summary Judgment") and defendant's **Motion for Leave to File Reply In Support of Motion for Leave to Amend Antitrust Counterclaims** [Doc. # 207, filed 5/30/2014] (the "Motion to Reply").

I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here.  Among other things, although I allowed the amendment, I will not allow the defendant to assert claims concerning unspecified "other markets."  See, e.g.,

Defendant's Proposed Amended Answer to Second Amended Complaint, Counterclaims and Jury Demand [Doc. # 191-1] at ¶¶200, 207.

IT IS ORDERED:

(1)   The Motion to Reply [Doc. # 207] is GRANTED;

(2)   The Motion to Amend [Doc. # 191] is GRANTED, as specified;

(3)   The defendant shall file, on or before June 20, 2014, an Amended Answer to Second Amended Complaint, Counterclaims and Jury Demand in the form of Doc. # 191-1 but deleting any reference to "possibl[e] other markets"; and

(4)   In view of this amendment, the Early Motion for Summary Judgment [Doc. # 55] is DENIED without prejudice as moot.

Dated June 13, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge