IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00876-WJM-BNB

XY, LLC,

Plaintiff/Counterclaim Defendant,

v.

TRANS OVA GENETICS, L.C.,

Defendant/Counterclaim Plaintiff,

v.

INGURAN, LLC,

Counterclaim Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Serve and Pursue Limited Discovery on Late-Arising Issue Relating to Trans Ova Genetics L.C.'s Monopolization Counterclaims** [docket no. 220, filed July 10, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended for the limited purpose of serving and pursuing discovery as more fully set forth in the Exhibits 6, 7 and 8 of the motion (220).

DATED: July 14, 2014