IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 13-cv-00876-WJM-BNB | Date: September 5, 2014 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| XY, LLC | *G. Andrew L. Rosbrook* |
| | *Jon F. Sands* |
| **Plaintiff(s)** | |
| v. | |
| TRANS OVA GENETICS, LC | *Donald E. Lake, III* |
| | *Alexander C. Clayden* |
| **Defendant(s)** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:29 p.m.

Appearance of counsel.

Argument given on [223] Motion to Deem XY, LLC and Inguran, LLC's Request for Admissions Nos. 5-11, 14, and 15 Admitted.

**ORDERED:** **[223] Motion to Deem XY, LLC and Inguran, LLC's Request for Admissions Nos. 5-11, 14, and 15 Admitted is GRANTED IN PART and DENIED IN PART. DENIED as to Nos. 5-11 and GRANTED as to Nos. 14 and 15. Answers to questions 14 and 15 are deemed admitted.**

Argument given on [225] Motion for Leave to Serve Additional Request for Production.

**ORDERED:** **[225] Motion for Leave to Serve Additional Request for Production is GRANTED for use of impeachment or to show inconsistent statements.  The**

      **defendant is to designate portions of the transcript it will use at trial by October 6, 2014.**

Discussion held on pending motions.

Court in Recess:  2:22 p.m.        Hearing concluded.        Total time in Court:   00:53

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119