**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00876-WJM-NYW

XY, LLC,

    Plaintiff/Counter Defendant,

v.

TRANS OVA GENETICS, LC,

    Defendant/Third Party
    Plaintiff/Counter Claimant

v.

INGURAN, LLC

    Third Party Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the Court on the Joint Motion to Extend Expert Discovery for Limited Purpose filed by the Parties on August 14, 2015. [#303]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated April 10, 2013 [#12] and memorandum dated August 14, 2015 [#304].

    IT IS ORDERED that the Joint Motion to Extend Expert Discovery for Limited Purposes is **GRANTED** and **IT IS ORDERED**:

1. The first supplemental expert report of XY's expert James Wood, Ph.D. served on July 24, 2014 is DEEMED TIMELY SERVED;

2. The supplemental expert reports of Trans Ova's experts John F. Hasler, Ph.D. and Paul Robinson Ph.D. served on December 19, 2014 is DEEMED TIMELY SERVED;

3. The deposition of Dr. Hasler taken on June 10, 2015 is DEEMED TIMELY TAKEN;

4. The deposition of Dr. Robinson taken on June 19, 2015 is DEEMED TIMELY TAKEN;

5. XY is permitted to serve a second supplemental expert report from Dr. Wood addressing the Court's claim constructions and the supplemental reports of Drs. Hasler and Robinson on or before **August 21, 2015**;

6. Trans Ova is permitted to depose Dr. Wood on the subject matter contained in his second supplemental report on or before **September 18, 2015**; and

7. The Parties will be prepared to address any concerns regarding Dr. Wood's second supplemental expert report or Trans Ova's deposition of Dr. Wood based on such second supplemental expert report during the Status Conference before the Honorable William J. Martinez scheduled for September 10, 2015 at 10:30 a.m.

DATED: August 17, 2015