**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00876-WJM-NYW

XY, LLC,

      Plaintiff/Counter Defendant,

v.

TRANS OVA GENETICS, LC,

      Defendant/Third Party
      Plaintiff/Counter Claimant

v.

INGURAN, LLC

      Third Party Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the court on the Motion to Withdraw as Attorney for Plaintiff XY, LLC ("XY") and Counterclaim Defendant Inguran, LLC ("Inguran") (the "Motion"). [#311, filed September 11, 2015].

      IT IS ORDERED that the Motion is GRANTED. Wesley Douglas Markham is granted leave to withdraw from the representation of XY and Inguran and is to be removed from the electronic service.

DATED: September 14, 2015