**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0876-WJM-BNB

XY, LLC,

    Plaintiff / Counterclaim Defendant,

v.

TRANS OVA GENETICS, LC,

    Defendant / Counterclaim Plaintiff.

---

**RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS**

---

This matter is before the Court on the parties' deposition designations and objections thereto. The objections to the following portions of the deposition designations are SUSTAINED:

| Page Number | Lines |
|---|---|
| Mervyn Jacobson | |
| 35 | 8–16 |
| 79 | 9–25 |
| 95 | 17–25 |
| 96 | 1–15 |
| 173 | 18–25 |
| 174 | 1–25 |
| 175 | 1–12 |
| 178 | 5 (beginning with "but my reaction....")–8 |

The portions of the above-designated deposition testimony to which the Court has sustained the objection should be redacted from the parties' presentations. Additionally, the parties are free to eliminate any other designations, or portions of

designations, that are no longer relevant and material to the issues to be tried, given the Court's rulings on the objections herein, or any other ruling or order entered by the Court in this case.

All other objections to the testimony of Mervyn Jacobson are OVERRULED.

Dated this 21st day of January, 2016.

BY THE COURT:

William J. Martinez
United States District Judge