**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0876-WJM-NYW

XY, LLC,

    Plaintiff / Counterclaim Defendant,

v.

TRANS OVA GENETICS, LC,

    Defendant / Counterclaim Plaintiff.

---

**FINAL JUDGMENT**

---

    This action was tried before a jury of eight sworn to try the issues herein with United States District Judge William J. Martínez presiding, and the jury rendered a Verdict.

    In accordance with the Orders filed during the pendency of this case, the jury Verdict, and the Order on Post-Trial Motions, it is

    ORDERED that Final Judgment is entered for the Plaintiff and against the Defendant in the amount of $1,915,931 in breach-of-contract damages, inclusive of prejudgment interest (as offset by the smaller award of breach-of-contract damages to Trans Ova, inclusive of prejudgment interest); and $5,070,607 in patent infringement damages, inclusive of prejudgment interest; for a total damages award of **$6,986,538**.  It is

    FURTHER ORDERED that post-judgment interest shall accrue on the total damages award at the rate of **0.54% per annum** from the date of entry of Judgment

until paid.  It is

FURTHER ORDERED that Defendant shall pay to Plaintiff an ongoing royalty at the rate of 12.5% of all gross receipts for the licensed products set forth in the parties' prior License Agreement, with an additional 2% royalty for reverse sorting services, unless and until the parties reach a separate license agreement which may supersede this ongoing royalty rate without further order of the Court.

IT IS FURTHER ORDERED that Plaintiff is awarded its costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this 19th day of April, 2016.

APPROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk