**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 1:13-cv-0876-WJM-NYW

XY, LLC,

      Plaintiff / Counterclaim Defendant,

    v.

TRANS OVA GENETICS, LC,

      Defendant / Counterclaim Plaintiff.

---

**AMENDED FINAL JUDGMENT**

---

This action was tried before a jury of eight sworn to try the issues herein with United States District Judge William J. Martínez presiding, and the jury rendered a Verdict.

The Court subsequently made an award of ongoing royalties in an Order on Post-Trial Motions (ECF No. 500) and entered a judgment (ECF No. 507). On appeal, the Federal Circuit affirmed the judgment except for the ongoing royalty rates set therein, and remanded with instructions to recalculate the ongoing royalty rates awarded to Plaintiff.

In accordance with the orders filed during the pendency of this case, the jury Verdict, the Order on Post-Trial Motions, the Federal Circuit's opinion and mandate, and the Court's March 28, 2019 Order on Ongoing Royalties (ECF No. 646), it is

ORDERED that Final Judgment is entered for the Plaintiff and against the Defendant in the amount of $1,915,931 in breach-of contract damages, inclusive of

prejudgment interest (as offset by the smaller award of breach-of-contract damages to

Trans Ova, inclusive of prejudgment interest); and $5,070,607 in patent infringement

damages, inclusive of prejudgment interest, for a total damages award of **$6,986,538**.

FURTHER ORDERED that Defendant shall pay to Plaintiff an ongoing royalty for

sales commencing on February 12, 2016, at the rate of 12.63% of all gross receipts for

*in vitro* fertilization services that utilize reverse-sorted semen (including, but not limited

to, revenues Trans Ova receives for each and every step of the *in vitro* fertilization cycle

or process, including payments it receives for oocyte retrieval services and *in vitro*

fertilization drugs), and at the rate of 18.75% of all gross receipts for all other licensed

products set forth in the parties' prior License Agreement.  In no event shall the royalty

for a straw of gender-selected semen be less than $6.25 for a 2-million cell straw

(prorated appropriately for straws of higher cell counts), and in no event shall the royalty

for a gender-selected embryo be less than $6.25 per embryo.  If the parties reach a

separate license agreement, said license agreement may supersede the above ongoing

royalty without further order of the Court.

FURTHER ORDERED that Defendant shall pay the ongoing royalties quarterly,

within 45 days after the close of each calendar quarter, and each such quarterly royalty

payment shall be accompanied by a royalty report sufficient to allow XY to evaluate

Trans Ova's compliance with the ongoing royalty set forth in this Amended Final

Judgment.

FURTHER ORDERED that, within 30 days of entry of this Amended Final

Judgment, Defendant shall pay all ongoing royalties (such payment to be accompanied

by the corresponding required quarterly reports) that accrued on or after February 12,

2016 and prior to entry of this Amended Final Judgment ("Accrued Prejudgment Royalties"), together with interest on any Accrued Prejudgment Royalties that accrued on or after April 19, 2016, compounded annually at the federal statutory post-judgment rate in effect at the time of compounding, and post-judgment interest at the current federal statutory post-judgment rate (**2.41%**) from the date of this Amended Final Judgment until paid.

FURTHER ORDERED that, to the extent Plaintiff incurred costs since the previous award of costs (ECF No. 516) that are taxable in the current circumstances, Plaintiff is awarded its costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of this Amended Final Judgment.

Dated at Denver, Colorado this 11th day of April, 2019.

APPROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: _s/A. Frank_____
Anna Frank, Deputy Clerk